# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-01-00492-CR

**Rodney Koerner, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF LLANO COUNTY, 33rd JUDICIAL DISTRICT
### NO. CR4389, HONORABLE CHARLES J. HEARNE, JUDGE PRESIDING

Rodney Koerner perfected this pro se appeal, but the clerk's fee has not been paid and the clerk's record has not been filed. *See* Tex. R. App. P. 35.3(a). The Clerk of this Court attempted to contact appellant, but correspondence sent to his last known address was returned as undeliverable. The appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

Mack Kidd, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed for Want of Prosecution

Filed: January 25, 2002

Do Not Publish